# EXHIBIT A

| | |
|---|---|
| **From:** | "Sarah Pierce" <spierce@better.com> |
| **Sent:** | Fri, 17 Dec 2021 14:50:14 -0500 (EST) |
| **To:** | "Kevin Ryan" <kryan@better.com> |
| **Subject:** | Proposed terms |

Hi Kevin -
Following up on our conversation, I'd like to begin transitioning out of my role and Better, and would like to work with the company toward a smooth transition.  To that end, below is my proposal (please forward to the Board):

1. I would agree to non-disparagement and to not affirmatively take action against the company with the information in my possession. I would advocate and promote the company rather than be its adversary.

2. I would assist in the search for a replacement - which is the COO/President role. This person will take over all responsibilities including: overseeing all businesses (mortgage, insurance, real estate), strategy and planning, exec team organization, all headcount under my remit (8,235)

3.  I would assist in a smooth transition to the replacement including onboarding of institutional knowledge

4. I would transfer back to the company all vested and unvested options which have the ~$26 strike price or higher. Vishal also agreed to compensate me with an additional 900,000 options (total of 2M options at $26 or higher) that I would agree to forgo. This would give the company shares to assist in hiring new management.

5.  I would assist in business continuity including transition of licenses in states where I am currently the Qualifying Individual

I would like to be compensated in an amount that is fair, reasonable, and commensurate with my dedication and contributions to the company over the past 6 years (happy to provide further data points on this):

1. In respect of all of my vested and unvested shares and options other than those that have the $26 or higher strike, the company will (i) purchase from me at the price of $27 per share all of my vested shares and options, and (ii) accelerate vesting of all of my unvested shares and options which will also thereupon be purchased at $27 per share

2.  I will be paid a consulting or similar fee as a non-employee, independent contractor at a fixed per annum fee of $2 Million with one year to be guaranteed (i.e., to be paid monthly subject to lump sum payment for unpaid amount if arrangement is terminated sooner than 1 year)

I look forward toward a cordial, mutually acceptable resolution,

Sarah

--
**Sarah Pierce**
516-662-6130
*EA - John Dempsey - jdempsey@better.com*

Better.com | 3 World Trade Center, 59th Floor, New York, NY 10007