```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH J. PIERCE,

                Plaintiff,

-against-

BETTER HOLDCO, INC., VISHAL GARG, and
NICHOLAS CALAMARI

                Defendants.

22 Civ. 4748 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated July 7 and 14, 2022, ECF Nos. 19, 22–24. Accordingly:

1. Defendants' requests to file motions to dismiss are GRANTED.
2. By **September 2, 2022**, Defendants shall file their motions to dismiss;
3. By **September 23, 2022**, Plaintiff shall file a consolidated opposition; and
4. By **October 7, 2022**, Defendants shall their reply, if any.

SO ORDERED.

Dated: July 18, 2022
         New York, New York

                                              ANALISA TORRES
                                        United States District Judge