USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_7/28/2022\_\_\_

THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

| | |
|---|---|
| NEAL BRICKMAN | **TELEPHONE:** |
| JUDITH L. GOLDSBOROUGH | **(212) 986-6840** |
| ETHAN Y. LEONARD | |
| VIRGINIA A. REILLY | **TELECOPIER:** |
| JASON A. STEWART | **(212) 986-7691** |

July 27, 2022

<u>Via ECF and Electronic Mail</u>

Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

            Re: *Pierce v. Better Holdco, Inc., et al.*
               Case No: 22 CV 04748 (AT)

Dear Judge Torres:

  We represent the Plaintiff, Sarah J. Pierce ("Pierce"), in the above-referenced matter. We write today pursuant to Section I.A and I.B of the Court's Individual Practices with regard to the Court's July 18, 2022 Scheduling Order (Dkt #25). We write today with the consent and agreement of Defendants.

  Specifically, we write to request a modification of the briefing schedule set forth therein. We jointly request that:

  a. Defendants' time to file their motions to dismiss be extended from September 2, 2022 to September 16, 2022;
  b. Plaintiff's time to file her consolidated opposition be extended from September 23, 2022 to October 25; and
  c. Defendants' time to file their replies be extended from October 7, 2022 to November 18, 2022.

  This joint request is the first request for such an extension. The bases for this request include pre-existing obligations and commitments, including, but not limited to, a long-scheduled

three-week arbitration before FINRA during the month of September for our office and various pre-existing motion responses due during the initial briefing schedule, as well as pre-existing vacation schedules of the counsel involved.

  We thank the Court for its time, attention, and courtesies in this regard.

Respectfully submitted,

*[signature]*

Ethan Leonard

cc: Roberta A. Kaplan
   Timothy S. Martin
   Kate L. Doniger
   Steven W. Perlstein
   Steven G. Kobre
   Michael Bahn

GRANTED.

SO ORDERED.

Dated: July 28, 2022
   New York, New York

_____
ANALISA TORRES
United States District Judge