UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH J. PIERCE,

      Plaintiff,

-against-

BETTER HOLDCO, INC., VISHAL GARG, and
NICHOLAS CALAMARI,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/18/2022_

22 Civ. 4748 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On June 22, 2022, the Court ordered the parties to file a proposed case management plan and scheduling order by August 17, 2022. ECF No. 10. The parties have not filed a proposed case management plan and scheduling order. Instead, on August 17, 2022, the parties filed a joint letter stating that they intend to file a proposed case management plan after Defendants' motion to dismiss has been decided. ECF No. 28; *see also* Order, ECF No. 25 (setting briefing schedule for motion to dismiss). However, the filing of a motion to dismiss does not obviate the need for a case management plan. Accordingly, by **September 7, 2022**, the parties shall file their proposed case management plan and scheduling order.

  SO ORDERED.

Dated: August 18, 2022
   New York, New York

                     ANALISA TORRES
                     United States District Judge