# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0883
DIRECT EMAIL rkaplan@kaplanhecker.com

September 7, 2022

**BY ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

        Re:    <u>Pierce v. Better Holdco, Inc., et al</u>., No. 22-cv-04748 (S.D.N.Y.)

Dear Judge Torres:

      The parties in the above-referenced matter respectfully submit the attached proposed Case Management Plan pursuant to Your Honor's August 18, 2022 Order. ECF No. 29.

                                            Respectfully submitted,

                                            Roberta A. Kaplan
                                            Timothy S. Martin
                                            Kate L. Doniger
                                            KAPLAN HECKER & FINK LLP
                                            *Counsel for Defendant Better*
                                            *Holdco, Inc.*

cc:       All Counsel of Record