UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2022_
```

SARAH J. PIERCE,

            Plaintiff,

-against-

BETTER HOLDCO, INC., VISHAL GARG, and NICHOLAS CALAMARI,

            Defendants.

22 Civ. 4748 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 7, 2022, the parties submitted a jointly proposed case management plan and scheduling order. ECF No. 30-1. The parties did not identify any exceptional circumstances that would justify allotting more than 14 days for initial disclosures, *id.* ¶ 4, greater than 120 days for fact discovery, *id.* ¶ 5, or greater than 45 days for expert discovery, *id.* ¶ 7. Accordingly, by **September 15, 2022**, the parties shall submit a joint letter justifying their proposed dates for the aforementioned discovery deadlines.

    SO ORDERED.

Dated: September 8, 2022
         New York, New York

                                        ANALISA TORRES
                                   United States District Judge