**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SARAH J. PIERCE,

                              Plaintiff,

        v.

BETTER HOLDCO, INC., VISHAL GARG, and NICHOLAS CALAMARI,

                              Defendants.

Case No. 1:22-cv-04748-AT

**NOTICE OF DEFENDANT'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated September 16, 2022, Defendants Vishal Garg and Nicholas Calamari, by and through undersigned counsel, move this Court for an order dismissing the Complaint and Jury Demand (Dkt. No. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and granting any such relief as this Court deems just and proper.

Dated: New York, New York
        September 16, 2022

Respectfully submitted,

/s/ Steven W. Perlstein
Steven G. Kobre
Steven W. Perlstein
Michael Bahn
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Steven.Kobre@kobrekim.com
Steven.Perlstein@kobrekim.com
Michael.Bahn@kobrekim.com

*Attorneys for Defendants Vishal Garg*
*and Nicholas Calamari*