UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SARAH J. PIERCE,    Case No: 22-CV-04748 (AT)

                Plaintiff,

  -against-    **NOTICE OF CROSS-MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT UNDER FRCP 15**

BETTER HOLDCO, INC., VISHAL GARG,
and NICHOLAS CALAMARI,

                Defendants.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law (which also is submitted in opposition to Defendants' respective motions to dismiss), the Declaration of Neal Brickman, including the exhibits attached thereto, and all prior pleadings and submissions in this matter, Plaintiff Sarah J. Pierce ("Pierce"), by and through her undersigned counsel, hereby moves this Court before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, at the Daniel P. Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, Courtroom 15D, on a date and time to be set by the Court, for leave to file an Amended Complaint (a copy of which is attached to the Brickman Declaration) pursuant to FRCP Rule 15.

Dated:  New York, New York
         November 1, 2022

*Neal Brickman*
_____
Neal Brickman (NB0874)
The Law Offices of Neal Brickman, P.C.
Attorneys for Sarah J. Pierce
420 Lexington Avenue - Suite 2811
New York, New York 10170
(212) 986-6840
neal@brickmanlaw.com