UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH J. PIERCE,<br><br>                                    *Plaintiff*,<br><br>        v.<br><br>BETTER HOLDCO, INC., VISHAL GARG, and NICHOLAS CALAMARI,<br><br>                                    *Defendants*. | No. 1:22-cv-04748 (AT)<br><br>**Oral Argument Requested** |

**NOTICE OF DEFENDANT BETTER HOLDCO, INC.'S
MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendant Better Holdco, Inc. ("Better"), pursuant to Federal Rule of Civil Procedure 12(b)(6), the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the Individual Practices of this Court, and upon (1) the accompanying Memorandum of Law in Support of Better's Motion to Dismiss the Consolidated Amended Complaint; (2) the Declaration of Kate L. Doniger, dated January 17, 2023, and the exhibits attached thereto; and (3) the pleadings and records on file in this action, and on such other argument as may be presented at or before a hearing of this Motion, will move before the Honorable Analisa Torres, United States District Judge at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007 at a date and time to be determined by the Court, for an Order granting Better's Motion to Dismiss the Consolidated Amended Complaint, and any further relief as the Court may deem just and proper.

1

Dated: January 17, 2023  　　　　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Roberta A. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy S. Martin
　　　　　　　　　　　　　　　　　　　　　　　　　Kate L. Doniger
　　　　　　　　　　　　　　　　　　　　　　　　　KAPLAN HECKER & FINK LLP
　　　　　　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, 63rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10118
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0883
　　　　　　　　　　　　　　　　　　　　　　　　　rkaplan@kaplanhecker.com
　　　　　　　　　　　　　　　　　　　　　　　　　tmartin@kaplanhecker.com
　　　　　　　　　　　　　　　　　　　　　　　　　kdoniger@kaplanhecker.com

　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Better Holdco, Inc.*