# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0883
DIRECT EMAIL rkaplan@kaplanhecker.com

July 17, 2023

BY ECF AND EMAIL

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Pierce v. Better Holdco, Inc., et al.*, No. 22-cv-04748 (S.D.N.Y.)

Dear Judge Torres:

  The parties in the above-referenced matter write to Your Honor jointly to inform the Court of an error in the consent motion for extension of discovery deadlines submitted on May 16, 2023 (Dkt. 67). In that letter, the parties indicated that they intended to serve contention interrogatories on July 17, 2023. However, consistent with S.D.N.Y. Local Rule 33.3(c), the parties mutually agree that contention interrogatories should be exchanged at the conclusion of other discovery. Accordingly, the parties have agreed to exchange contention interrogatories by September 1, 2023, or thirty days before the current October 1, 2023, close of fact discovery. Although the parties recognize that this interim deadline is not among the deadlines formally set by the Court on May 18, 2023, we respectfully write to correct our earlier representation to the Court. We thank the Court for its time and attention.

                   Respectfully submitted,

                   /s/ Roberta A. Kaplan

                   Roberta A. Kaplan
                   Timothy S. Martin
                   Kate L. Doniger
                   KAPLAN HECKER & FINK LLP
                   *Counsel for Defendant Better Holdco, Inc.*

cc:  All Counsel of Record