USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/29/2023__

THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRGINIA A. REILLY
JASON A. STEWART

**TELEPHONE:**
(212) 986-6840

**TELECOPIER:**
(212) 986-7691

November 28, 2023

Via ECF and Electronic Mail

Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *Pierce v. Better Holdco, Inc., et al.*
Case No: 22 CV 04748 (AT)

Dear Judge Torres:

The parties in the above-referenced matter write to Your Honor jointly to request an extension of discovery deadlines. The parties have continued to make progress in discovery. However, as described in the previous letter motions granted by Your Honor, see ECF Nos. 68 and 72, there were Motions to Dismiss that were *sub judice* with the Court that now have, as anticipated, have affected the scope and detail of the discovery required in this matter.

As such, the parties therefore respectfully request that the existing discovery dates be extended by 90 days, as follows:
- Depositions to be completed by March 15, 2024 from December 16, 2023;
- Discovery to be completed by March 29, 2024 from December 30, 2023; and
- Expert discovery to be completed by May 31, 2024 from February 29, 2023.

There have been three prior joint requests for extensions of the discovery deadlines, see ECF Nos. 62, 68, and 72. Each were granted.

GRANTED. By **March 1, 2024**, the parties shall submit a joint letter, providing the Court with a status update on discovery and the prospect of settlement. At that time, the Court shall refer them to SDNY's mediation program or the magistrate judge for settlement, if the parties have not retained a private mediator. A case management conference is SCHEDULED for **April 23, 2024**, at **10:00 a.m.**

SO ORDERED.

Dated: November 29, 2023
New York, New York

ANALISA TORRES
United States District Judge