# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL rkaplan@kaplanhecker.com

March 1, 2024

**BY ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re: <u>Pierce v. Better Holdco, Inc., et al., No. 22-cv-04748 (AT)</u>

Dear Judge Torres:

  The parties in the above-referenced matter write to Your Honor jointly pursuant to the Court's November 29, 2023 Order requesting that we provide a status update on discovery and the prospect of settlement.

  With respect to discovery, the parties have continued to make progress. The parties have exchanged document requests and interrogatories, held a meet and confer on February 13, 2024, exchanged initial productions of documents, and have noticed depositions. The parties are also negotiating an ESI Protocol. The parties intend to continue producing documents and conducting depositions.

  With respect to mediation, the parties discussed the prospect of settlement. Both parties expressed a willingness to engage in private mediation to resolve both this matter and *Better Holdco, Inc. v. Pierce*, 22-cv-09580-AT, Dkt. 40. However, the parties have different expectations as to conditions precedent to any such mediation and cannot currently agree to a private mediation. Nevertheless, as the Court ordered that it "shall refer [the parties] to SDNY's mediation program or the magistrate judge for settlement, if the parties have not retained a private mediator," both parties will participate in good faith in any mediation so ordered by the Court.

  The parties thank the Court for its consideration.

                  Respectfully submitted,

                   /s/ Roberta A. Kaplan
                   Roberta A. Kaplan
                   Timothy S. Martin
                   Kate L. Doniger

KAPLAN HECKER & FINK LLP

2

KAPLAN HECKER & FINK LLP
*Counsel for Defendant Better Holdco, Inc.*


 /s/ Steven G. Kobre
Steven G. Kobre
Steven W. Perlstein
Michael Bahn
KOBRE & KIM LLP
*Counsel for Defendants Vishal Garg and Nicholas Calamari*


 /s/Neal Brickman
The Law Offices of Neal Brickman
Neal Brickman (NB0874)
Ethan Leonard (EL2497)
*Counsel for Sarah Pierce*