```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2024____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH J. PIERCE,

           Plaintiff,

-against-

BETTER HOLDCO, INC., VISHAL GARG,
AND NICHOLAS CALAMARI,

           Defendants.

22 Civ. 4748 (AT) (OTW)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Ona T. Wang for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☒ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:  March 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge