UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH J. PIERCE,

                Plaintiff,

-against-

BETTER HOLDCO, INC., VISHAL GARG, and
NICHOLAS CALAMARI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2024__

22 Civ. 4748 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for April 23, 2024, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 13, 2024
       New York, New York

ANALISA TORRES
United States District Judge