UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH J. PIERCE<br><br>                    Plaintiff,<br><br>     v.<br><br>BETTER HOLDCO, INC., VISHAL GARG and NICHOLAS CALAMARI.<br><br>                    Defendants | Case No. 1:22-cv-04748-AT (OTW) |

### MEMORANDUM IN SUPPORT OF MOTIONS TO SUBSTITUTE COUNSEL FOR VISHAL GARG AND REMOVE NICHOLAS CALAMARI FROM THE ACTION

Vishal Garg, through counsel, moves this Court, pursuant to Local Civil Rule 1.4, to allow the withdrawal of the law firm Kobre & Kim, 800 Third Avenue, New York, New York 10019, as attorney of record in this matter, and to substitute Jason H. Berland, One Zero Capital, LLC, 1 World Trade Center, New York, New York 10007, as his attorney in this matter.

Pursuant to Federal Rule of Civil Procedure 21, Defendant Nicholas Calamari, through undersigned counsel, respectfully moves this Court for an order removing him from this action. By Judge Torres' Order dated September 29, 2023 (ECF No. 73) on the Defendants' Motion to Dismiss, all claims against Mr. Calamari were dismissed. There is no remaining claim against Mr. Calamari. As such, Mr. Calamari respectfully asks that the Court terminate him as one of the named Defendants in this action and order he be removed from the docket.

There will be no delay from these actions as new counsel will be representing Mr. Garg, and Mr. Calamari will be terminated from the case as a party.

Defendants have met and conferred with counsel for Plaintiff and Better Holdco and they consent to the motion.

Attached is a fully executed stipulation of substitution of counsel, requesting this Court to "so Order" the stipulation.

Dated:  New York, New York
         March 13, 2024

                                                          Respectfully submitted,

                                                          KOBRE & KIM LLP

                                                          /s/ Steven W. Perlstein
                                                          Steven G. Kobre
                                                          Steven W. Perlstein
                                                          Michael Bahn
                                                          KOBRE & KIM LLP
                                                          800 Third Avenue
                                                          New York, NY 10022
                                                          Telephone: (212) 488-1200
                                                          Facsimile: (212) 488-1220
                                                          Steven.Kobre@kobrekim.com
                                                          Steven.Perlstein@kobrekim.com
                                                          Michael.Bahn@kobrekim.com

                                                          *Attorneys for Defendants Vishal Garg and Nicholas Calamari.*

TO:    All Counsel (by ECF)