AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| SARAH J. PIERCE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-04748-AT (OTW) |
| BETTER HOLDCO, INC., ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vishal Garg

Date:   03/14/2024

*Jason Berland*
*Attorney's signature*

Jason H. Berland - JB4136
*Printed name and bar number*

One Zero Capital, LLC
1 World Trade Center
85th Floor
New York, NY 10007
*Address*

jason@onezerocapital.com
*E-mail address*

(917) 903-5424
*Telephone number*

*FAX number*