UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH J. PIERCE,

                         *Plaintiff*,

v.

BETTER HOLDCO, INC., VISHAL GARG, and
NICHOLAS CALAMARI,

                         *Defendants*.

No. 1:22-cv-04748 (AT) (OTW)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Sarah J. Pierce and Defendants Better Holdco, Inc., and Vishal Garg that the above-captioned action is voluntarily dismissed with prejudice against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: April 19, 2024
        New York, New York

Roberta A. Kaplan
Timothy S. Martin
Kate L. Doniger
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
tmartin@kaplanhecker.com
kdoniger@kaplanhecker.com

*Attorneys for Better Holdco, Inc.*

Neal Brickman
Ethan Leonard
THE LAW OFFICES OF NEAL BRICKMAN
420 Lexington Avenue, Suite 2811
New York, New York 10170
(212) 986-6840
neal@brickmanlaw.com
ethan@brickmanlaw.com

*Attorneys for Sarah J. Pierce*

*Jason Berland*
―――――――――――――
Jason Berland
Nathan Schwartzberg
ONE ZERO CAPITAL, LLC
1 World Trade Center
85th Floor
New York, NY 10007
jason@onezerocapital.com
nathan@onezerocapital.com

*Attorneys for Vishal Garg*